NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD R. SCHROERLUCKE, AND JOYCE D. SCHROERLUCKE,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5026

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-772, Judge Marian Blank Horn.

---

## ON MOTION

---

## ORDER

Donald and Joyce Schroerlucke move without opposition for a 60-day extension of time, until April 3, 2012, to file their brief and also move without opposition for a 10-day extension, until January 13, 2012, to file a response to the United States' motion to dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

FEB 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Randall Paul Andreozzi, Esq.
    Randolph L. Hutter, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2012

JAN HORBALY
CLERK